UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

<u>In Re: William N. Mantalvanos</u>

**CIVIL ACTION NO. 20-11534 DJC**

**<u>ORDER OF DISMISSAL</u>**

CASPER, D.J.

In accordance with the Electronic Order dated January 29, 2021, the Court Orders that Appellee, JP Morgan Chase Bank, N.A., Motion to Dismiss [D. 16] is Allowed and the above-entitled action be and hereby is DISMISSED.

January 21, 2021                                                            /s/ Haley E. Currie
                                                                                      Deputy Clerk